**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Carrie Teager | Case No. 1:14-cv-09572 |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| Financial Business and Consumer Solutions, Inc. aka FBCSI, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil

Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed

before Defendant has served an answer and therefore is appropriate for dismissal absent

stipulation by all parties.


RESPECTFULLY SUBMITTED,

Meier LLC

By:    */s/ Richard J. Meier*
     Richard J. Meier, Esq.
     53 W. Jackson Blvd, Suite 304
     Chicago, IL 60604
     Tel: 312-242-1849
     Fax: 312-242-1841
     richard@meierllc.com
     *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 29, 2015, a copy of the foregoing Notice was filed

electronically.  Notice of this filing will be sent by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt. The following party was served via

regular U.S. Mail:

Financial Business and Consumer Solutions, Inc.
aka FBCSI
fka Federal Bond and Collection Service, Inc.
c/o Illinois Corporation Service Corp.
801 Adlai Stevenson Drive
Springfield, IL 62703

*/s/ Richard J. Meier*